HALL, ADMR., APPELLEE, *v.* CUYAHOGA COUNTY ET AL., APPELLANTS.

[Cite as *Hall v. Cuyahoga Cty.* (2001), 91 Ohio St.3d 203.]

(Nos. 00–844 and 00–955—Submitted February 28, 2001—Decided March 28, 2001.)

*Nurenberg, Plevin, Heller & McCarthy Co., L.P.A., Richard L. Demsey* and *Kathleen St. John,* for appellee.

*William D. Mason,* Cuyahoga County Prosecuting Attorney, and *Kathleen A. Martin,* Litigation Manager, Civil Division, for appellant Cuyahoga County.

*Weston, Hurd, Fallon, Paisley & Howley, L.L.P.,* and *Christopher M. Ernst,* for appellant city of North Olmsted.

WITTEN, APPELLEE, *v.* CITY OF RICHMOND HEIGHTS ET AL., APPELLANTS.

**[Cite as *Witten v. Richmond Hts.* (2001), 91 Ohio St.3d 204.]**

(No. 00–917—Submitted February 28, 2001—Decided March 28, 2001.)

The judgment of the court of appeals is affirmed on the authority of *Stevens v. Ackman* (2001), 91 Ohio St.3d 182, 743 N.E.2d 901.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.